**FENNEMORE CRAIG, P.C.**
Christopher H. Byrd (No. 1633)
Chelsie A. Adams (No. 13058)
9275 W. Russell Suite 240
Las Vegas, NV 89148
Telephone:  (702) 692-8000
Facsimile:  (702) 692-8099
Email:  cbyrd@fennemorelaw.com
cadams@fennemorelaw.com
*Attorneys for Defendant Quantum Energy Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN L. SUPROCK, LAURIE L. SUPROCK, CONSORTIUM LLC, RENEWABLE ENERGY NOW, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>QUANTUM ENERGY INC., CLEARTRUST LLC,<br><br>Defendants. | Case No.:  2:22-CV-00494-GMN-EJY<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**<br>(First Request) |

QUANTUM ENERGY, INC. ("Defendant") and JOHN L. SUPROCK, LAURIE L. SUPROCK, CONSORTIUM LLC and RENEWABLE ENERGY NOW, LLC (collectively "Plaintiffs"), by and through their respective counsel hereby stipulate to extend the time to answer or otherwise plead in this matter.  This is the first request to extend time to answer or otherwise plead.  On March 18, 2022, Plaintiffs John L. Suprock, Laurie L. Suprock, Consortium LLC, and Renewable Energy Now, LLC filed their complaint in this matter see ECF Doc. 1.  In order to allow Defendant Quantum Energy Inc.'s recently retained counsel sufficient time to review the Complaint and the allegations made therein, Counsel for Plaintiffs has agreed that Defendant Quantum Energy Inc. may have up to and including May 6, 2022 to answer or otherwise plead in this matter.

This stipulation is being made in good faith and not for the purposes of delay.

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
LAS VEGAS

| | |
|---|---|
| DATED this 20th day of April. | DATED this 20th day of April. |
| **FENNEMORE CRAIG, P.C.** | **SCHLAM, STONE & DOLAN LLP** |
| */s/ Christopher H. Byrd, Esq.* | */s/ Joshua Wurtzel* (w/ permission) |
| Christopher H. Byrd (#1633) | Joshua Wurtzel |
| Chelsie A. Adams (#13058) | Samuel Butt |
| 9275 W. Russell Ste. 240 | 26 Broadway |
| Las Vegas, Nevada 89148 | New York, New York 10004 |
| *Attorneys for Defendant Quantum* | *Attorneys for Plaintiffs* |

DATED this 20th day of April.

**WILEY PETERSEN**

*/s/ Jonathan D. Blum* (w/ permission)
Jonathan D. Blum (#9515)
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
*Attorneys for Plaintiffs*

## ORDER

Based on the above Stipulation between the parties and good cause appearing therefore,

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 20, 2022

Respectfully Submitted By:

**FENNEMORE CRAIG, P.C.**

*/s/Christopher H. Byrd, Esq.*
_____
Christopher H. Byrd (No. 1633)
Chelsie A. Adams (No. 13058)
9275 W. Russell Suite 240
Las Vegas, NV 89148
*Attorneys for Defendant Quantum Energy Inc.*