**FENNEMORE CRAIG, P.C.**
Christopher H. Byrd (No. 1633)
Chelsie A. Adams (No. 13058)
9275 W. Russell Suite 240
Las Vegas, NV 89148
Telephone:  (702) 692-8000
Facsimile:  (702) 692-8099
Email:  cbyrd@fennemorelaw.com
           cadams@fennemorelaw.com
*Attorneys for Defendant Quantum Energy Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN L. SUPROCK, LAURIE L. SUPROCK, CONSORTIUM LLC, RENEWABLE ENERGY NOW, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>QUANTUM ENERGY INC., CLEARTRUST LLC,<br><br>Defendants. | **Case No.:**  2:22-CV-00494-GMN-EJY<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSE AND REPLY TO MOTION TO DISMISS**<br>(First Request) |

On May 6, 2022 QUANTUM ENERGY, INC. ("Defendant") filed its Motion to Dismiss [*see* ECF Doc. 13] the response to which is currently due on May 20, 2022.  Because of the professional and personal schedules of counsel, JOHN L. SUPROCK, LAURIE L. SUPROCK, CONSORTIUM LLC and RENEWABLE ENERGY NOW, LLC (collectively "Plaintiffs"), have requested an extension of time up to and including June 20, 2022 to file Plaintiffs' Opposition to the Motion to Dismiss.  Counsel for Defendant has stipulated to such an extension and in doing so has requested an extension to file its reply to July 8, 2022 in part due to the holidays near the deadline if no extension to the reply were granted (assuming the June 20, 2022 extension were granted the reply would be due on June 27, 2022).  As such, the parties have stipulated as follows:

IT IS HEREBY STIPULATED that (1) Plaintiffs may have up to and including June 20, 2022 to file its response to Defendant's Motion to Dismiss and (2) that Defendant may have up to and including July 8, 2022 to file any reply in support of their Motion to Dismiss.

This stipulation is being made in good faith and not for the purposes of delay.

DATED this 17th day of May, 2022.

**FENNEMORE CRAIG, P.C.**

*/s/ Christopher H. Byrd, Esq.*
Christopher H. Byrd (#1633)
Chelsie A. Adams (#13058)
*Attorneys for Defendant Quantum*

DATED this 17th day of May, 2022.

**WILEY PETERSEN**

*/s/ Jonathan D. Blum* (w/ permission)
Jonathan D. Blum (#9515)
*Attorneys for Plaintiffs*

DATED this 17th day of May, 2022.

**SCHLAM, STONE & DOLAN LLP**

*/s/ Joshua Wurtzel* (w/ permission)
Joshua Wurtzel
Samuel Butt
*Attorneys for Plaintiffs*

### ORDER

Based on the above Stipulation between the parties and good cause appearing therefore,

IT IS SO ORDERED that (1) Plaintiffs may have up to and including June 20, 2022 to file its response to Defendant's Motion to Dismiss and (2) that Defendant may have up to and including July 8, 2022 to file any reply in support of their Motion to Dismiss.

**IT IS SO ORDERED.**

Dated this __18__ day of May, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Respectfully Submitted By:

**FENNEMORE CRAIG, P.C.**

*/s/Christopher H. Byrd, Esq.*
Christopher H. Byrd (No. 1633)
Chelsie A. Adams (No. 13058)
*Attorneys for Defendant Quantum Energy Inc.*

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
LAS VEGAS

DTIMCHAK/21763335.1/057950.0002

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5-4 of the Local Rules of Civil Practice of the United States District Court, District of Nevada, I hereby certify that I am an employee of Fennemore Craig, P.C., and that on May 17, 2022, I caused to be served a true and correct copy of the foregoing STIPULATION TO EXTEND TIME TO FILE RESPONSE AND REPLY TO MOTION TO DISMISS (FIRST REQUEST) in the following manner:

X     The foregoing was electronically filed on the date hereof and served on all parties through the Notice of Electronic Filing automatically by the Court's CM/ECF;

__     By depositing a copy of the above-referenced document for mailing in the U.S. Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed below.

Joshua Wurtzel  
Samuel L. Butt  
Schlam Stone & Dolan LLP  
26 Broadway  
New York, NY 10004  
Phone: (212) 612-1234  
jwurtzel@schlamstone.com  
sbutt@schlamstone.com  
*Attorneys for Plaintiffs*

Jonathan D. Blum  
Wiley Peterson  
1050 Indigo Drive, Suite 200B  
Las Vegas, NV 89145  
Phone: (702) 910-3329  
jblum@wileypetersenlaw.com  
*Attorneys for Plaintiffs*

                       /s/Trista Day  
                       Employee of Fennemore Craig, P.C.