**FENNEMORE CRAIG, P.C.**
Christopher H. Byrd (No. 1633)
Chelsie A. Adams (No. 13058)
9275 W. Russell Suite 240
Las Vegas, NV 89148
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: cbyrd@fennemorelaw.com
       cadams@fennemorelaw.com

**FENNEMORE CRAIG, P.C.**
David A. Timchak (Pro Hac Vice)
2394 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
Telephone: (602) 916-5000
Email: dtimchak@fennemorelaw.com

*Attorneys for Defendant Quantum Energy Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN L. SUPROCK, LAURIE L. SUPROCK, CONSORTIUM LLC, RENEWABLE ENERGY NOW, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>QUANTUM ENERGY INC., CLEARTRUST LLC,<br><br>Defendants. | **Case No.:** 2:22-CV-00494-GMN-EJY<br><br>**SECOND STIPULATION TO EXTEND TIME TO FILE RESPONSE AND REPLY TO MOTION TO DISMISS**<br>(Second Request) |

On May 6, 2022 QUANTUM ENERGY, INC. ("Defendant") filed its Motion to Dismiss [*see* ECF Doc. 13]. On May 18, 2022 this Court granted the parties Stipulation of Extension of Time extending the briefing schedule related to the Motion to Dismiss as follows: the response extended from May 20, 2022 to June 20, 2022 and the reply from June 27, 2022 to July 8, 2022. It has come to counsel's attention that they inadvertently scheduled the responsive deadline on a public holiday (Juneteenth which is being observed on Monday June, 20, 2022). As such, the parties wish to extend the briefing schedule by three (3) court days to avoid the deadline falling on this holiday, and also to accommodate counsel's travel schedule surrounding the holiday weekend. As such, the parties have stipulated as follows:

IT IS HEREBY STIPULATED that (1) Plaintiffs may have up to and including June 23, 2022 to file its response to Defendant's Motion to Dismiss and (2) that Defendant may have up to and including July 13, 2022 to file any reply in support of their Motion to Dismiss.

This stipulation is being made in good faith and not for the purposes of delay.

DATED this 15th day of June.

**FENNEMORE CRAIG, P.C.**

*/s/ Christopher H. Byrd, Esq.*
Christopher H. Byrd  (#1633)
Chelsie A. Adams (#13058)
9275 W. Russell Ste. 240
Las Vegas, Nevada 89148
*Attorneys for Defendant Quantum*

DATED this 14th day of June.

**WILEY PETERSEN**

*/s/ Jonathan D. Blum* (w/ permission)
Jonathan D. Blum (#9515)
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
*Attorneys for Plaintiffs*

DATED this 15th day of June.

**SCHLAM, STONE & DOLAN LLP**

*/s/ Joshua Wurtzel* (w/ permission)
Joshua Wurtzel
Samuel Butt
26 Broadway
New York, New York 10004
*Attorneys for Plaintiffs*

**ORDER**

Based on the above Stipulation between the parties and good cause appearing therefore,

**IT IS SO ORDERED** that (1) Plaintiffs may have up to and including June 23, 2022 to file its response to Defendant's Motion to Dismiss and (2) that Defendant may have up to and including July 13, 2022 to file any reply in support of their Motion to Dismiss.

Dated this   15   day of June, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

21994670/057950.0002

Respectfully Submitted By:

**FENNEMORE CRAIG, P.C.**

*/s/Christopher H. Byrd, Esq.*
_____
Christopher H. Byrd (No. 1633)
Chelsie A. Adams (No. 13058)
9275 W. Russell Suite 240
Las Vegas, NV 89148
*Attorneys for Defendant Quantum Energy Inc.*

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5-4 of the Local Rules of Civil Practice of the United States District Court, District of Nevada, I hereby certify that I am an employee of Fennemore Craig, P.C., and that on June 15, 2022, I caused to be served a true and correct copy of the foregoing STIPULATION TO EXTEND TIME TO FILE RESPONSE AND REPLY TO MOTION TO DISMISS (FIRST REQUEST) in the following manner:

X    The foregoing was electronically filed on the date hereof and served on all parties through the Notice of Electronic Filing automatically by the Court's CM/ECF;

__    By depositing a copy of the above-referenced document for mailing in the U.S. Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed below.

Joshua Wurtzel
Samuel L. Butt
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Phone: (212) 612-1234
jwurtzel@schlamstone.com
sbutt@schlamstone.com
*Attorneys for Plaintiffs*

Jonathan D. Blum
Wiley Peterson
1050 Indigo Drive, Suite 200B
Las Vegas, NV  89145
Phone:  (702) 910-3329
jblum@wileypetersenlaw.com
*Attorneys for Plaintiffs*

　　　　　　　　　*/s/Cheryl Landis*　　　　　　
　　　　　　　　Employee of Fennemore Craig, P.C.

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
LAS VEGAS

- 4 -

21994670/057950.0002