# Exhibit 4

**From:** kitchen@qegy.energy
**Date:** November 1, 2021 at 3:13:34 PM MST
**To:** John <john@sd57103.com>
**Cc:** hinz@ie.energy
**Subject: RE: Quantum Stock Exchange with Interest**

Dear John,

After reading your last few emails it is likely that this email or the next will be our last communication.

I will start at first, by your supposed "selection" of Mr. Wurtzel as your "attorney". If you are in the hopes that this would grab my attention, your actions continue to quickly erode any relationship between the Company, its executive management, and yourself.

Wurtzel and the firm that he works for are adversarial litigant representatives which are in direct conflict with Mr. Hinz. So, if that is your choice of counsel, we can end all of this back and forth immediately.

You do not reside or do business in New York. We know where you reside, we know your background, and through LEXIS-NEXIS, of which we are a member, we understand the limited resources.

Do you have a legitimate attorney that you know that is helping you with this transaction?

What I cannot understand, is your continued confrontational and counterproductive behavior personally towards me, and the respectful, professional management of Mr. Hinz. You are ruining what could be a respectful and professional relationship.

I have no idea where you obtained the name of the Basile Law firm. The Basile Law firm represents the Company in its litigation in the Federal District of the State of Nevada involving the former management and directors of Quantum. The Basile Law firm are not the company's securities attorneys. Our securities attorneys are located in Atlanta Georgia.

Lastly, what you were forwarded in the form of a share exchange agreement is an offer. **It is not a negotiation.** I have no intention of dragging our securities attorneys to look over a share exchange agreement that we have executed with more than a dozen parties. An agreement wherein Quantum has lived up to and performed on every single agreement that it has executed. Want proof? Simply talk to Mr. Mallmes, Mr. Henry, Mr. Udy, Mr. Moradian, or many others that have been offered and have executed the same agreement.

You ask what benefit it is to you to sign this agreement and have to wait the standard Rule 144 time period of 6 months before you can begin selling your stock?

The answer is simple you will not be tied up in litigation along with former directors and officers for the next few years in federal court. The shares that you are claiming that you own, are in serious question. A question that can only be answered through a court of

competent jurisdiction.

You will need to be prepared as at least two others will need to be prepared, to answer how you ended up with millions of shares of Company stock, for sub fractions of a penny. You or your respective legal counsel in the future will have to stand and explain that, not only to Quantum but also to a Federal judge.

Your shares currently are legally under administrative hold which will only be released through a decision of a court of competent jurisdiction, and as you are well aware, or should be aware this can take a significant amount of time and will cost both sides what could be hundreds of thousands of dollars in legal fees. In this particular matter, and handled in litigation, you will become very familiar with the Basile Law firm. You explaining to a Federal judge or jury how you obtained 3.4 million shares of a publicly traded company for less than $.006 (yes that's a fraction of a cent), or $20,000? Good luck with that one. What's more you'll be standing right next to a couple of other people that have an even worse situation than you.

I am in the sincere hope that you are not getting your financial advice concerning Quantum from Mr. Kasic. Please don't surround yourself with idiots. Your comment in your last email that "I and other stockholders have solely no idea what's going on".

Supposedly you knew what was going on when Kasic ran the Company? Interesting admission. Any time you have any questions about Quantum you need to simply pick up the phone and call me, or Bill. Answering your questions is easier than dealing with all this nonsensical drama and your insecure fear that someone is going to cheat you out of something. The Company is now professionally run, what we will not stand by and allow to happen is misfeasance and malfeasance from years past being paid by our hard-working current investors. We have the ability and resources to see the fight, for what is, through to its proper conclusion.

I have spent way too much time on your particular agreement when right now on my desk I have 11 more pending. I am 100% out of patience. Your involvement of 3rd parties in New York is beyond contemptible.

So, this is what I offer to extend to you John; if in fact you are attempting to find legitimate legal counsel in Arizona to help you with this agreement, I will extend the deadline until close of business tomorrow. The agreement is short and takes only about 15 minutes to read. It has also been executed by numerous other shareholders.

Your new shares would be issued to you and if it makes you feel any better, I could actually have those shares immediately escrowed with any legitimate legal counsel of your choice in Arizona. That way you know that you immediately have the shares in hand but the issuance

will not take place until the day after the reverse, which is the same as if you are investing in our current private placement.

I will wait until 4:30 PM today to get your decision. I hope that you contemplate this seriously in an attempt to rebuild some type of goodwill with Quantum, Bill, and myself.

If I do not hear from you, I will simply move on.

Sincerely,

Craig
Craig N Kitchen
480-340-6755
kitchen@qegy.energy

---

**From:** John <john@sd57103.com>
**Sent:** Sunday, October 31, 2021 2:24 PM
**To:** kitchen@qegy.energy
**Subject:** Re: Quantum Stock Exchange with Interest

I have not been able to get ahold of my attorney over the weekend to review this

John

Sent from my iPhone

> On Oct 31, 2021, at 1:04 PM, kitchen@qegy.energy wrote:
>
> John,
> Do you intend to execute the share exchange agreement including interest payment that we have provided by 5PM PDT today, October 31, 2021?  The offer expires at 5PM PDT today.
>
> If you have any questions I am available via phone at 480-340-6755

Thank you,
Craig

Craig N Kitchen
480-340-6755
kitchen@qegy.energy

---

**From:** kitchen@qegy.energy <kitchen@qegy.energy>
**Sent:** Saturday, October 30, 2021 6:46 AM
**To:** 'John@sd57103.com' <John@sd57103.com>
**Cc:** 'Bill Hinz' <hinz@ie.energy>
**Subject:** RE: Quantum Stock Exchange with Interest

Good Morning John,

Please find attached the Exchange Agreement with the interest payment included. We are extending the response date to 5PM Sunday October 31, 2021 to provide time for you to review this agreement. Please let me know if you have any questions. I am available via phone at 480-340-6755.

Regards,

Craig
Craig N Kitchen
480-340-6755
kitchen@qegy.energy