# Exhibit 8

**From:** kitchen@qegy.energy <kitchen@qegy.energy>
**Sent:** Tuesday, November 2, 2021 9:19 AM
**To:** 'John' <john@sd57103.com>
**Cc:** hinz@ie.energy
**Subject:** Rescinding Stock Exchange and Settlement Agreement

Dear John,

Effective immediately Quantum Energy is hereby rescinding the Stock Exchange and Settlement Agreement dated October 29, 2021 and provided to you via e-mail on October 30,2021. John we believe that it is best to first identify and confirm your investment in Quantum as you and I discussed last evening. I would ask you to please provide substantiation of your wire transfers to Quantum and any documentation that you have to support the transactions by no later Friday November 5th at 5PM.

Regards,
Craig
Craig N Kitchen
480-340-6755
kitchen@qegy.energy