# Exhibit 9

**From:** kitchen@qegy.energy <kitchen@qegy.energy>
**Sent:** Friday, October 29, 2021 1:55 PM
**To:** Broker@sd57103.com
**Cc:** eric@thebasilelawfirm.com; 'Bill Hinz' <hinz@ie.energy>
**Subject:** RE: Suprock Note Notice of Conversion

John,

We will only accept the executed offer/agreement we sent you. What you have sent me is completely unacceptable and is hereby rejected.

Regards,
Craig
Craig N Kitchen
480-340-6755
kitchen@qegy.energy

---

**From:** Broker@sd57103.com <Broker@sd57103.com>
**Sent:** Friday, October 29, 2021 12:51 PM
**To:** kitchen@qegy.energy
**Cc:** eric@thebasilelawfirm.com
**Subject:** Suprock Note Notice of Conversion
**Importance:** High

Craig,

See attached Notice of Conversion for the note that I have with Quantum. Per the original agreement I want to send a hard copy to the correct person as I believe that Jerold N. Siegan, Esq. is no longer representing the company.

Please send me the correct information ASAP.

Sincerely
John L Suprock